IN THE UNITED STATES DISTRICT COURT
FOR THE ~~EASTERN~~ NORTHERN DISTRICT OF NEW YORK

(40 -Total pgs, some Front & Back) CERTIFIED

Luther D. Seay Jr

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

① Shawn M. Chase
② William Sullivan
③ Cerio Law Offices

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**

( )Prisoner Complaint)

Case No. 5:25-cv-1593 (MAD/DJS)

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

ICN#93001306

Name: Luther D. Seay Jr
Street Address: Onondaga Justice Center
City and County: 555 South State Street Syracuse, Onondaga
State and Zip Code: New York 13202
Telephone Number: (N/A)
E-mail Address: (N/A)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Shaun M. Chase, Esq.
Job or Title (if known): Assigned Trial Counsel
Street Address: 215 East Jefferson Street, 2nd Floor
City and County: Syracuse, Onondaga
State and Zip Code: New York 13202
Telephone Number: (office) (315) 422-8769
E-mail Address (if known): shaun@ceriolawoffices.com

pg 2

Defendant No. 2

Name: William C. Sullivan
Job or Title (if known): Assigned Trial Counsel
Street Address: 109 S. Warren Street, Suite 400
City and County: Syracuse, Onondaga
State and Zip Code: New York 13202
Telephone Number: (315) 476-8144
E-mail Address (if known): Sullivanlaw@mac.com

Defendant No. 3

Name: Cerio Law offices
Job or Title (if known): Cerio Law offices. Attorneys & Counselors at Law.
Street Address: 2nd Floor, 215 East Jefferson Street
City and County: Syracuse, Onondaga
State and Zip Code: New York 13202
Telephone Number: (Fax)(315)476-8002, (office)(315)425-8761
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

pg 3

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ State or (local) officials (a § 1983 claim)

☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? **U.S. Constitutional Amend. VI, XIV, V. Right to effective Trial counsel. Equal Right Protection. Client (defendant) counsel right(s). Due Process of law. Right to a Fair Trial & motion-filing. Liberty Interest. Sexual advancement. False Promise.**

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. **All motion(s) filed by both assigned ① Trial counsel(s) contains: Falsified info(s), falsified date(s), lack of vital info(s), intentional mis-info(s), falsely claiming that this plaintiff consented to all falsified motion(s). ② On 10-29-2025 Shawn M. Chase did make a "sexual gesture-sexual advance" upon this plaintiff. (See: Attach pg(s) 34, 35)**



pg ④

③ (See: pg(s) 29-31). It shows, that, Shaun M. Chase made multiple "False promise(s) to file Federal Habeaus Corpus for Dismissal of indictment on ground of speedy trial right(s) viol(s), on the telephone and in-person. Then refused to file said motion.

④ Both assigned counsel(s) violate plaintiff Due Process of Law right(s) of motion(s) filing(s). Assigned Trial Counsel(s) "deprived" this defendant of the right to review all motion(s) prior to motion(s) filing(s) so that this plaintiff could object falsified info(s), request fact(s) to be added into motion(s). Shaun M. Chase "bully" plaintiff by "yelling at plaintiff and talking over plaintiff tune-ing plaintiff out" during any (all) talk(s). Shaun M. Chase "hurry's" to exit the attorney visit, to prevent legal case from a satisfactory conclusion(s).

⑤ William Sullivan and Shaun M. Chase are BOTH "IN-EFFECTIVE".

⑥ William Sullivan NEVER provided plaintiff a Business Card, since being assigned to represent plaintiff in approx. January-Febuary 2025. William Sullivan accepted "1" telephone call only on 10-1-2025. William Sullivan "hurried" plaintiff off of the telephone, with a "false reason".

pg ⑤

William Sullivan provided a "false promise" in court on 10-7-2025 to Honorable Mary Ann Doherty that William Sullivan would pick up plaintiff hand-written Suppliment motion for Dismissal of indictment on speedy trial right ground, on 10-2-2025. William Sullivan did provide a "false promise" to plaintiff on 10-1-2025 on the telephone, that He (William Sullivan) would arrive on 10-2-2025 at the Onondaga Justice Center to pick up Suppliment motion for Dismissal of indictment on speedy trial/right(s) violation ground, from plaintiff. William Sullivan did "order" his law office secretary to send all future telephone call(s) from this plaintiff to voice-mail. This plaintiff (all call(s) made to William Sullivan are forwarded to "voice-mail" daily and NEVER responded to. — William Sullivan and Shaun m chase conversated on telephone on 10-1-2025, and both attorney(s) decided that Shaun m chase would be the chosen attorney to pick up plaintiff Hand-written motion for Dismissal of indictment on speedy trial right(s) vio(s). (See Attach pgs(s) 32, 33 Showing william

pg (6)

Sullivan did not pickup handwritten motion (10-2-25.) This plaintiff rec'd no attorney visit from William Sullivan on 10-2-2025. William Sullivan only provided "1" attorney visit to plaintiff in February-March 2025 for approx. 3-minute(s). — This plaintiff telephoned Shaun M. Chase on 10-1-2025, and daily until 10-11-2025. On 10-1-2025 Shaun M. Chase stated to defendant on telephone "I'll (Shaun M. Chase) be over to pick up your handwritten motion in a couple day(s)". Shaun M. Chase arrived on 10-11-2025 to pickup handwritten motion from plaintiff. On 10-12-2025, Shaun M. Chase (on the telephone) stated to plaintiff, "Well ahh, I (Shaun M. Chase) might have changed a few date(s) and info(s) in your motion, as I (Shaun M. Chase) typed it up. But, I'll (Shaun M. Chase) bring it over tomorrow so you (plaintiff) can take a look at it and sign it." — On 10-12-2025, Shaun M. Chase arrived to visit plaintiff and attempted to "hurry" plaintiff into signing off on "a BOTCHED motion" that consist(s) of arrest date and felony

pg (7)

date(s) "changed" intentionally, from September 5th to September 3rd, and in another location from September 5th to September 33rd (see motion filed "clause(s) 2, 10, & 28"). And, A huge portion of hand-written legal-arguement in clause No. 19 is "completely intentionally left out" of typed up motion copy prepared by Shaun M. Chase. — Shaun M. Chase did know "in advance" to providing "Botched motion typed up motion to plaintiff that date(s) and left out legal arguement portion(s) had been committed "intentionally" by Shaun M. Chase during 10-11-2025 telephone call between plaintiff and Shaun M. Chase. Plaintiff "refused" to sign typed "Botch motion" on 10-12-2025. — Shaun M. Chase returned on 10-14-2025, to "force and trick" plaintiff into signing a "Botched motion typed up by Shaun M. Chase, as Shaun M. Chase "pretended" to have corrected all error(s), not allowing plaintiff to review typed up "Botched motion

motion before being "forced" to sign it, being it was "1" day left to have said motion submitted to court, to meet Hon. Mary Ann Doherty "motion filing final date" set for submission. "Botched motion" was "DENIED" due to Shaun M. Chase and William Sullivan violation(s) of U.S. Const. Amend. VI, and XIV, and client right(s). — This said "motion Botching" committed by Shaun M. Chase and William Sullivan are a "RETALIATION", in response to plaintiff refusal to sit or stand in court next to BOTH assigned Trial counsel(s) on 10-1-2025. Trial counsel(s) BOTH are committing Deprivation of right to a fair Trial, and fair motion filing(s). (See attached pg(s): 10-26)

⑦ Shaun M. Chase is employed by "Cerio Law Offices Attorneys and Counselors at Law at: 215 East Jefferson Street. Syracuse, NY 13202 (office) (315) 422-8769. Cerio Law offices are to be held "liable" for Shaun M. Chase acts, and violation of Plaintiff rights. (See: Plaintiff 10-4-2025 dated "Handwritten" suppliment speedy trial rights viol. motion on attached pg(s): 10-21) (See: Shaun Chase "typed up Botch motion: pg(s) 22--26)

pg 9

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(please see: pg(s) 5-35 for detail(s)).

A. Where did the events giving rise to your claim(s) occur?

On plaintiff inmate housing unit and at Onondaga County Court, presided by Honorable Judge Doherty

B. What date and approximate time did the events giving rise to your claim(s) occur?

Approxiamately January-February (the assigned Trial Counsel (s) Shaun M. Chase and William Sullivan assigned to case date, until the present day.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(please read page(s): 5 - 9 ) for all "detail(s)".

Assigned Trial Counsel(s) are "In-effective". Shaun M. Chase and William Sullivan have purposely Botched plaintiff motion(s) filed.

Shaun M. Chase has committed Sexual gestures, and advancement upon plaintiff

William Sullivan forwards all plaintiff telephone call(s) to voice-mail.


(34)

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No physical injuries sustained, except emotional and mental damage(s). Plaintiff suffers now severe depression.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Remove Shaun M. Chase, and William Sullivan from this plaintiff legal case, immediately. Help this plaintiff to recieve a change of trial counsel(s), immediately.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.



pg (35)

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 30, 2025

Signature of Plaintiff: *Luther Seay, Jr.*

Printed Name of Plaintiff: Luther D. Seay Jr.

C. File
C. United States Dist. Ct. N. Dist. clerk, via: U.S. Reg. Mail

CERTIFIED

pg (36)

From: Luther D. Seay Jr                    11-6-2025
JCN# 93001306
Onondaga Justice Center                    CERTIFIED
555 S. State St, Syr, NY 13202
To: Clerk of the U.S. Dist. Ct. N. Dist.
Re: Dear Clerk, Mam or Sir, please process the enclosed "1" copy of 40-pg 1983 civil lawsuit motion. I am un-abled to acquire any more indigent env(s) or other copies. Honestly. Please ~~filed~~ accept my orig. copy, Mam Sir